# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

In re:   Ronnie N. Williams                                                  Case No:        08-33644

## **ORDER**

This cause came upon the Motion for Return of Unclaimed Funds filed by the Chapter 13 Trustee on August 6, 2012.  Based on the facts alleged in the aforesaid Motion, the Court makes a finding of fact the creditor, First Community Bank, is entitled to the funds previously deposited as unclaimed in the amount of **$2,546.82**.

It is thus ADJUDGED, ORDERED and DECREED that the Treasury of the United States shall draw its Check payable to "FIRST COMMUNITY BANK" IN THE SUM OF **$2,546.82** and forward the same to them at 4191 INNSLAKE DRIVE, GLEN ALLEN, VA 23060, ATTN: CINDY LUCK.

Date:   /   /

                                                          Bankruptcy Judge

Richmond, Virginia

I ask for this:

/s/Carl M. Bates
Carl M. Bates                                                NOTICE OF JUDGEMENT OR ORDER
Chapter 13 Trustee                                        Entered on docket _____
P.O. Box 1819
Richmond, VA  23218-1819
(804) 237-6800
VSBN  27815

### Certificate of Endorsement

The foregoing Order was endorsed by all necessary parties pursuant to Local Rule 9022-1(c).

                                      /s/Carl M. Bates
                                      Carl M. Bates
                                      Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

First Community Bank, N.A.
4191 Innslake Drive
Glen Allen, VA 23060
Attn: Cindy Luck

Neil MacBride
600 East Main Street, Suite 1800
Richmond, VA 23219

Robert Van Arsdale
701 East Broad Street, Suite 4304
Richmond, VA 23219

Ronnie N. Williams
14259 Devils Three Jump Road
Milford, VA 22514

John Roberts, Esquire
7459 Old Hickory Drive
Mechanicsville, VA 23111